UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
DCL HONG KONG LIMITED, trading as
DIRECT CONTAINER LINE,

                    Plaintiff,

      - against -

M/V OOCL FAITH, her engines, boilers,
etc., in rem and HAPAG-LLOYD
AKTIENGESELLSCHAFT and HAPAG-
LLOYD AG, in personam,

                  Defendants.
------------------------------------------------------X

08 Civ. 6136 (AKH)

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff ( private non-governmental parties) certifies that the following are corporate parents, subsidiaries, and/or affiliates of said party which are publicly held:

Brennan International Transport (Hong Kong) Limited, DCL (Hong Kong) Limited, NACA Logistics (USA) Inc., Vanguard Logistics Services Hong Kong Ltd., Conterm (Hong Kong) Limited, various alien corporations of similar names

7/3/08
Date

PETER J. ZAMBITO